Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROOSEVELT WARDELL, Jr., ) Case No. CV 06-5673-CJC(RC)
)
        Plaintiff, )
)
vs. ) ORDER ADOPTING SECOND REPORT
) AND RECOMMENDATION OF UNITED
COUNTY OF LOS ANGELES, and ) STATES MAGISTRATE JUDGE
DOES 1 through 10, inclusive, )
)
        Defendants. )
_____)

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint and other papers along with the attached Second Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as plaintiff's objections and supporting memorandum of points and authorities, and has made a *de novo* determination.

    IT IS ORDERED that (1) the Second Report and Recommendation is approved and adopted; (2) defendant County's motion for sanctions is granted, and plaintiff's complaint is stricken; and (3) Judgment shall be entered accordingly.

//

1  IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2  Order and the Magistrate Judge's Second Report and Recommendation by
3  the United States mail on plaintiff.

5  DATED: May 21, 2008

                                    _____
                                    CORMAC J. CARNEY
                                    UNITED STATES DISTRICT JUDGE

R&R\06-5673.AD03
4/30/08