LODGED
CLERK, U.S. DISTRICT COURT
APR 3 0 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ✓
Send
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT WARDELL, Jr., | Case No. CV 06-5673-CJC(RC) |
| Plaintiff, | |
| vs. | JUDGMENT |
| COUNTY OF LOS ANGELES, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that Judgment shall be entered dismissing this action.

DATED: May 21, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

R&R\06-5673.jud2
4/30/08